| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): STEVEN J. BANNER SB#107305<br>AIKEN & BOLES<br>3131 CAMINO DEL RIO NORTH, SUITE 1600<br>SAN DIEGO, CA 92108 | TELEPHONE NO.: (619) 584-3308 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Defendant, Costume Enterprises, Inc. | | FILED<br>07 MAY -2 PM 3:53<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: _____ DEPUTY<br><br>NUNC PRO TUNC<br>APR 1 6 2007 |
| NAME OF COURT: United States District Court<br>STREET ADDRESS: 880 Front Street, Suite 4290<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego CA 92101<br>BRANCH NAME: Southern District of California | | |
| CASE NAME: Hit Entertainment, Inc. v. National Discount Costume Co., Inc. | | |
| **SUBSTITUTION OF ATTORNEY - CIVIL**<br>(Without Court Order) | CASE NUMBER:<br>06 CV 605 BTM (AJB) | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): Costume Enterprises, Inc.   makes the following substitution:
1. **Former legal representative**   ☐ Party represented self   ☒ Attorney (name): James B. Christensen, Esq.
2. **New legal representative**   ☐ Party is representing self*   ☒ Attorney
   a. Name: Steven J. Banner, Esq.
   b. State Bar No. (if applicable): 107305
   c. Address (number, street, city, ZIP, and law firm name, if applicable):   AIKEN & BOLES 3131 Camino del Rio North, Suite 1600, San Diego CA 92108
   d. Telephone No. (include area code):   619-584-3300
3. The party making this substitution is a   ☐ plaintiff  ☒ defendant  ☐ petitioner  ☐ respondent  ☐ other (specify):

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

A party representing himself or herself may wish to seek legal assistance. Failure to take time and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: 4/5/07
   Costume Enterprises, Inc.
   (TYPE OR PRINT NAME)                                        ► [signature]
                                                               (SIGNATURE OF PARTY)

5. ☒ I consent to this substitution.
   Date: April 11, 2007
   James B. Christensen, Esq.
   (TYPE OR PRINT NAME)                                        ► [signature]
                                                               (SIGNATURE OF FORMER ATTORNEY)

6. ☒ I accept this substitution.
   Date: 4-13-07
   Steven J. Banner, Esq.
   (TYPE OR PRINT NAME)                                        ► [signature]
                                                               (SIGNATURE OF NEW ATTORNEY)

IT IS SO ORDERED
[signature]
UNITED STATES DISTRICT JUDGE
5-2-07

(See reverse for proof of service by mail)

Form Adopted by the Judicial Council of California
MC-050 [New January 1, 1996]
Mandatory Form

**SUBSTITUTION OF ATTORNEY - CIVIL**

Legal Solutions Plus

Code of Civil Procedure, §§ 284(1), 285
Cal. Rules of Court, rule 376