UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYONS PARTNERSHIP, L.P., a Texas limited partnership,<br>                Plaintiff,<br>  vs.<br>NATIONAL DISCOUNT COSTUME CO., INC., a California corporation, et al.,<br>                Defendants.<br>--------------------------------------------------------<br>HIT ENTERTAINMENT, INC., a Delaware corporation, et al.,<br>                Plaintiffs,<br>  vs.<br>NATIONAL DISCOUNT COSTUME CO., INC., a California corporation, et al.,<br>                Defendants. | Civil Nos. 96cv987 BTM (AJB)<br>          06cv605 BTM (AJB)<br><br>ORDER MODIFYING PRELIMINARY INJUNCTION ORDER AND ORDER UNSEALING DOCUMENTS |

       WHEREAS on March 27, 2006, the Court entered a Temporary Restraining Order (the "TRO") requiring seizure of certain of defendants' business records;

       WHEREAS said records were then seized from defendant Costume Enterprises Inc. ("CEI");

       WHEREAS on April 26, 2006 the Court vacated the TRO by issuing a "Preliminary Injunction Order and Order Unsealing Documents" (the "Preliminary Injunction"),

Paragraph 4 of which provided that "Plaintiffs' counsel shall not disclose the contents of the seized records to their clients or any third party except as reasonably required for the litigation of this case.";

WHEREAS CEI's principal Huong Le has represented to the Court that CEI is defunct and that there are no plans for it to resume business operations;

WHEREAS there is no longer any reason to prevent such records from being used in the investigation and litigation of other cases;

IT IS HEREBY ORDERED THAT the text of Paragraph 4 of the Preliminary injunction is hereby deleted and replaced with the following language: "Plaintiffs' counsel shall not disclose the seized records to their clients or any third party except as reasonably required for the litigation or investigation of this case or other cases and claims."

**IT IS SO ORDERED.**

Dated:  August 3, 2007

_____
Hon. Barry Ted Moskowitz
United States District Court Judge